1 | Mark P. Robinson, Jr., SBN 054426
2 | Carlos A. Prietto, III, SBN 166410
3 | Ted B. Wacker, SBN 157416
  | **ROBINSON, CALCAGNIE & ROBINSON**
4 | 620 Newport Center Drive, 7th Floor
5 | Newport Beach, CA 92660
  | 949-720-1288; Fax 949-720-1292
6 |
7 | Attorneys for Plaintiffs
8 |
9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M:03-CV-01699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br><br>**DEBORAH WHITTAKER, individually and as Guardian Ad Litem for MAUREEN C. WHITTAKER, LUCY M. WHITTAKER and PETER J. WHITTAKER, Successors-in-Interest of the Estate of BRIAN FRANCIS WHITTAKER, Deceased**<br>**Individual Case No. 3:06-cv-00353-CRB** | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-06389-SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs DEBORAH WHITTAKER, individually and as Guardian Ad Litem for MAUREEN C. WHITTAKER, LUCY M. WHITTAKER and PETER J. WHITTAKER,

Successors-in-Interest of the Estate of BRIAN FRANCIS WHITTAKER, Deceased, Case Number CV 05-06389-SJO, originally filed in the Central District of California on September 6, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:06-cv-00353-CRB, may be and is hereby dismissed without prejudice.

The parties hereby stipulate that Plaintiffs will proceed in the MDL only through the California action, and jurisdiction and venue for the trial of the action will be proper in whichever of the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.

The parties shall each bear their own costs.

Dated: May 8, 2006

ROBINSON, CALCAGNIE & ROBINSON

Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

*Counsel for Plaintiffs*
DEBORAH WHITTAKER, et al.

/////

/////

1  Dated: May 5, 2006                    GORDON & REES

2
3
4                                        _____
                                         Stuart M. Gordon, Esq.
5                                        sgordon@gordonrees.com
                                         Embarcadero Center West
6                                        275 Battery Street, 20th Floor
7                                        San Francisco, CA 94111
                                         Telephone: (415) 986-5900
8                                        Fax: (415) 986-8054
9
                                         *Defendants' Liaison Counsel*
10
11
12
13 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
14
15
16 Dated: __May 18, 2006__                _____
17                                        HONORABLE CHARLES R. BREYER
18
19 
20
21
22
23
24
25
26
27
28